IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TATIANA ANDREEVNA MAKEEVA, | |
| Plaintiff, | Case No.: 1:24-cv-12368 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | Vothiphan |
| 36 | DALEAI CLOTHING |
| 12 | Every Day-EU |
| 18 | Zebra Army Corps |
| 37 | YR Casual childrens wear |
| 24 | fagegeus |
| 25 | Moon Star Store |
| 10 | Hyperfavor LLC |
| 3 | HTHCHENG |
| 6 | Davis Home Art Deco |
| 20 | Youhao |
| 19 | SOULZZZ |
| 31 | Fashion Men T Shirt |
| 33 | Henson clothing |
| 28 | Forward Wave |
| 17 | ChliEarime Heicatte |
| 29 | YILUFALA |
| 9 | QM Vikings Costumes US |
| 11 | DMCStore |

DATED: February 7, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 7, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                        */s/ Keith A. Vogt*
                                                        Keith A. Vogt